**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Miguel ONTIVEROS–QUINONES, aka
Miguel Ontiveros–Quiones,
Defendant–Appellant.**

**No. 07–10105.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 26, 2008 *.

Filed March 10, 2008.

Don B. Overall, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Raul Miranda, Tucson, AZ, for Defendant–Appellant.

Miguel Ontiveros–Quinones, Florence, AZ, pro se.

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

MEMORANDUM **

Miguel Ontiveros–Quinones appeals from his guilty-plea conviction and 70–month sentence for illegal reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Ontiveros–Quinones' counsel has

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

